United States District Court
Southern District of New York

---

NY COMMUNITY FINANCIAL LLC,

        Plaintiff,        24-cv-630 (JGK)

- against -                ORDER

RUST CONSULTING INC.,

        Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties should advise the Court regarding the status of this case by **November 15, 2024.**

SO ORDERED.

Dated:    New York, New York
           September 24, 2024

                                  John G. Koeltl
                            United States District Judge