UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NY COMMUNITY FINANCIAL LLC,

                Plaintiff,          24-cv-630 (JGK)

    - against -                    ORDER

RUST CONSULTING INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to provide a status update to the Court by **March 31, 2025.**

SO ORDERED.

Dated:    New York, New York
            March 24, 2025

                                                  John G. Koeltl
                                   United States District Judge